1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 CRAIG YATES, an individual; and          )    **CASE NO. C 07-5485-EDL**
   DISABILITY RIGHTS, ENFORCEMENT,          )
11 EDUCATION, SERVICES:HELPING YOU          )
   HELP OTHERS, a California public benefit )    **CONSENT TO PROCEED BEFORE A**
12 corporation,                             )    **UNITED STATES MAGISTRATE JUDGE**
                                            )
13        Plaintiffs,                       )
                                            )
14 v.                                       )
                                            )
15 N-O-H-R PLAZA; FRANK MAN WAI             )
   WONG and SIN YEE WONG                    )
16                                          )
          Defendants.                       )
17 _____)

18

19     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20 party hereby consents to have a United States Magistrate Judge conduct any and all further

21 proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the

22 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

23 Dated: December 19, 2007        THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*
24

25
                                   By:      /s/
26                                       THOMAS E. FRANKOVICH
                                   Attorneys for Plaintiffs CRAIG YATES and
27                                 DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                                   SERVICES
28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                              1