**Phillip G. Vermont, SBN 132035**
pvermont@randicklaw.com
**Patrick E. Guevara, SBN 202727**
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone     (925) 460-3700
Facsimile     (925) 460-0969

Attorneys for defendants FRANK WONG and SIN YEE WONG

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>N-O-H-R PLAZA; FRANK MAN WAI WONG and SIN YEE WONG<br><br>　　　　　　Defendants. | Case No.: C 07-5485 MMC<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:   January 3, 2008

RANDICK O'DEA & TOOLIATOS, LLP

By: _____
　　　Patrick E. Guevara

Attorneys for defendants FRANK WONG and SIN YEE WONG