THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>N-O-H-R PLAZA; FRANK MAN WAI WONG and SIN YEE WONG<br><br>    Defendants | CASE NO. C07-5485-MMC<br><br>RETURN OF SERVICE RE DEFENDANTS FRANK MAN WAI WONG and SIN YEE WONG |

RETURN OF SERVICE RE DEFENDANTS FRANK MAN WAI WONG and SIN YEE WONG

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No 415-674-8600   FAX No 415-674-9900 | | |
| | Ref No. or File No.:<br>N-O-H-R PLAZA | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: N-O-H-R PLAZA, et al

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 5485 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Standing Order; Standing Order Re Case Management Conference; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Ecf Registration Information Handout.

3 a Party served:   FRANK MAN WAI WONG

4. Address where the party was served:   633 CAMBRIDGE STREET
   SAN FRANCISCO, CA 94134

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 06, 2007 (2) at: 12:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO
   d   The Fee for Service was.
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.:   2005-0000968-00
   (iii) County:   San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Dec. 11, 2007

(RAIMUNDO CARVALHO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6388080.thofr-fg.102149

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>N-O-H-R PLAZA | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |
| Plaintiff: CRAIG YATES, et al. |
| Defendant: N-O-H-R PLAZA, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number<br>C 07 5485 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout.

3. a Party served:  SIN YEE WONG

4. Address where the party was served:  633 CAMBRIDGE STREEET
SAN FRANCISCO, CA 94134

5. I served the party:
   b. by substituted service. On: Sat., Dec. 08, 2007 at: 2:55PM by leaving the copies with or in the presence of:
   FRANK MAN WAI WONG, CO-TENANT
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a TONY LOWE
   d   The Fee for Service was:
   e.  I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Dec. 11, 2007

Judicial Council Form POS-010       PROOF OF SERVICE            (TONY LOWE)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                      6386081 thofr-fg.102150

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | Ref. No or File No:<br>N-O-H-R PLAZA | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: N-O-H-R PLAZA, et al. | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>C 07 5485 EDL |

1. I, TONY LOWE, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SIN YEE WONG as follows:

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Standing Order Re Case Management Conference; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 12/06/07 | 12:10pm | Home | PER "FRANK WONG", SUBJECT IS NOT HOME AT THIS TIME. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 633 CAMBRIDGE STREEET SAN FRANCISCO CA 94134. |
| Fri | 12/07/07 | 6:10pm | Home | NO ANSWER NO ACTIVITY. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 633 CAMBRIDGE STREEET SAN FRANCISCO CA 94134. |
| Sat | 12/08/07 | 2:55pm | Home | Substituted Service on: SIN YEE WONG Home - 633 CAMBRIDGE STREEET SAN FRANCISCO, CA. 94134 by leaving a copy of the document(s) with: FRANK MAN WAI WONG, CO-TENANT. Served by: TONY LOWE |
| Mon | 12/10/07 | | | Mailed copy of Documents to: SIN YEE WONG |

3. Person Executing
   a. TONY LOWE
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c.

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am. (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Tue, Dec 11, 2007   **AFFIDAVIT OF REASONABLE DILIGENCE**   (TONY LOWE)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600 | FAX No: 415-674-9900 | | | |
| Attorney for: Plaintiff | | Ref. No or File No.:<br>N-O-H-R PLAZA | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al | | | | |
| Defendant: N-O-H-R PLAZA, et al | | | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 5485 EDL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order, Standing Order Re Case Management Conference; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:    Mon., Dec. 10, 2007
   b. Place of Mailing:   SAN FRANCISCO, CA 94103
   c. Addressed as follows: SIN YEE WONG
                            633 CAMBRIDGE STREEET
                            SAN FRANCISCO, CA 94134

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Dec. 10, 2007 in the ordinary course of business.

5. *Person Serving:*
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Dec. 11, 2007

   PROOF OF SERVICE
   By Mail

   (AARON DANIEL)
   6388081 thofr-fg.102150

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

## CERTIFICATE OR PROOF OF SERVICE

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANTS FRANK MAN WAI WONG and SIN YEE WONG**

on the interested parties in this action, conveyed as follows:

☒     by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
       ☒    in first class U.S. Mail
       ☐    in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐     by transmitting via facsimile to the fax number(s) set forth below.

☐     by causing personal delivery by Western Messenger Service.

☐     by personal hand-delivery.

addressed to:

Patrick E. Guevara
Randick O'Dea & Tooliatos LLP
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Fax:   (925)469-7313

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on January 3, 2008, at San Francisco, California.

*/s/ Armetrice Cooper*
Armetrice Cooper
(Original signed)