1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs PATRICK CONNALLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>BAYPORT MARINA PLAZA LLC, a limited liability company,<br><br>　　　Defendants. | **CASE NO. C 07-3032-BZ**<br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>**(ADA Access Cases)** |
|---|---|

　　　Plaintiffs report that the parties' informal settlement efforts have proved unsuccessful. Therefore, in accordance with General Order No. 56, the matter should be set for mediation.

Dated: January 28, 2008　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*


　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Thomas E. Frankovich
　　　　　　　　　　　　　　　　　　Attorneys for PATRICK CONNALLY and
　　　　　　　　　　　　　　　　　　DISABILITY RIGHTS ENFORCEMENT,
　　　　　　　　　　　　　　　　　　EDUCATION SERVICES

NOTICE OF NEED FOR MEDIATION　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1