THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>N-O-H-R PLAZA; FRANK MAN WAI WONG and SIN YEE WONG<br><br>    Defendants | **CASE NO. C07-5485-MMC**<br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>**(ADA Access Cases)** |

Plaintiffs report that the parties' informal settlement efforts have proved unsuccessful. Therefore, in accordance with General Order No. 56, the matter should be set for mediation.

Dated:  January 28, 2008          THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*


                                  By:_____/s/_____
                                        Thomas E. Frankovich
                                  Attorneys for CRAIG YATES and
                                  DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES

NOTICE OF NEED FOR MEDIATION                                                                    1