ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

March 11, 2008

Thomas E. Frankovich
Thomas E. Frankovich, PLC
2806 Van Ness Avenue
San Francisco, CA 94109
(415) 674-8600

Patrick E. Guevara
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Road
Suite 400
Pleasanton, CA 94588
(925) 460-3700

Re:   Yates v. N-O-H-R Plaza
      Case No. C 07-05485 MMC MED

Dear Counsel:

The ADR Program would like to convene a conference call with an ADR Program Staff Attorney, to discuss the status of the case and why we haven't yet assigned a mediator. We would like to schedule this for **Thursday, March 20, 2008 at 9:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator