1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  CRAIG YATES
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES, an individual; and           )
   DISABILITY RIGHTS, ENFORCEMENT,           )  **CASE NO. CV-07-05485-MMC**
12 EDUCATION, SERVICES:HELPING YOU           )
   HELP OTHERS, a California public benefit  )  **NOTICE OF CHANGE OF FIRM**
13 corporation,                              )  **ADDRESS**
                                             )
14       Plaintiffs,                         )
                                             )
15 v.                                        )
                                             )
16 N-O-H-R PLAZA; FRANK MAN WAI              )
   WONG and SIN YEE WONG                     )
17                                           )
         Defendants.                         )
18 _____ )

19
       **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

NOTICE OF CHANGE OF FIRM ADDRESS                                              1

1 | PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008          THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*

                                By: _____/S/_____
                                    THOMAS E. FRANKOVICH
                                    Attorneys for Plaintiffs