**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>N-O-H-R PLAZA, et al.,<br><br>    Defendants.<br>_____/ | No. C-07-5485 MMC<br><br>**ORDER STRIKING NOTICE OF RELATED CASES; STRIKING OPPOSITION TO NOTICE OF RELATED CASES; DIRECTIONS TO CLERK** |

On August 28, 2008, counsel for Purgatory, Inc. e-filed in the above-titled action, to which said entity is not a party, a copy of a state court form "Notice of Related Case," comprising, with attachments, 114 pages and bearing the title and case number of an action apparently pending in the Superior Court of the State of California for the County of San Francisco.

On September 2, 2008, counsel for plaintiffs in the above-titled action e-filed in the above-titled action an Opposition to Notice of Related Cases, likewise bearing the title and number of said state court action.

Neither of the above-referenced documents bears the title of the federal court or the instant action.

//

//

1 | Accordingly, said documents are, in each instance, hereby STRICKEN, and the Clerk is hereby DIRECTED to remove Purgatory, Inc. from the docket.

**IT IS SO ORDERED.**

Dated: October 7, 2008

_____
MAXINE M. CHESNEY
United States District Judge