IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-07-5485 MMC |
| Plaintiffs, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| N-O-H-R PLAZA, et al., | |
| Defendants. | |

On July 25, 2008, a mediator was appointed in the above-titled action, and on August 27, 2008, a pre-mediation phone conference was scheduled for September 4, 2008. To date, the Court has received no information as to the status of the mediation session. The last day for plaintiffs to file a Motion for Administrative Relief Requesting Case Management Conference is seven calendar days after mediation. (See Scheduling Order filed October 26, 2007.)

Accordingly, the parties are hereby DIRECTED to file, no later than November 21, 2008, a Joint Status Report, in which they state the reasons why a mediation session has not yet occurred or, if such session has occurred, its date and result.

**IT IS SO ORDERED.**

Dated: November 14, 2008

MAXINE M. CHESNEY
United States District Judge