**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CRAIG YATES, et al.,                    No. C-07-5485 MMC
11              Plaintiffs,                   **ORDER OF DISMISSAL**
12        v.
13   N-O-H-R PLAZA, et al.,
14              Defendants.
15   _____/
16
17        The court-appointed mediator having advised the Court that the parties have agreed
18   to a settlement of the above-titled action,
19        IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice;
20   provided, however, that if any party hereto shall certify to this Court, within ninety days, with
21   proof of service of a copy thereon on opposing counsel, that the agreed consideration for
22   the settlement has not been delivered, the foregoing order shall stand vacated and the
23   action shall forthwith be restored to the calendar to be set for trial.
24
25        **IT IS SO ORDERED.**
26   Dated: November 18, 2008                 _____
27                                            MAXINE M. CHESNEY
                                             United States District Judge
28